```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

GODFREY STEWART,

              Plaintiff,

        - against -

LONG ISLAND RAILROAD COMPANY,

              Defendant.

23-cv-2181 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by **May 17, 2023.**

SO ORDERED.

Dated:    New York, New York
            May 3, 2023

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                              United States District Judge