UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GODFREY STEWART,
                Plaintiff(s)

                                                                                                         23 civ 2181 (JGK)

     -against-

LONG ISLAND RAILROAD COMPANY,
                        Defendant(s).
------------------------------------------------------------X

## ORDER

The matter having been referred to Magistrate Judge Katherine H. Parker, on May 5, 2023,

The conference scheduled for Tuesday, August 1, 2023, at 2:30pm, is canceled.

**SO ORDERED.**

                                                                          **JOHN G. KOELTL**
                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         July 26, 2023