Jamaica Station
Jamaica, NY 11435-4380
718 558-8264 Tel
718 558-8211 Fax

**Catherine A. Rinaldi**
President

Haley Stein
Vice President, General Counsel & Secretary

**MTA Long Island Rail Road**

**MEMO ENDORSED**

October 5, 2023

Hon. Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/06/2023

RE: GODFREY STEWART V. LONG ISLAND RAILROAD COMPANY
     23 Civ. 2181 (JGK)(KHP)

Dear Judge Parker:

   I represent Defendant in the above-referenced matter and our writing on behalf of both parties to respectfully request an adjournment of the settlement conference currently scheduled for October 11, 2023, at 2:00 p.m. There have been no previous requests for an extension.

   The current end date for all discovery is November 1, 2023. The parties are engaging in discovery without any issues but need time to conduct an orthopedic examination of the Plaintiff and exchange said report. I respectfully request that the settlement conference be adjourned 45 days so that the parties can engage in meaningful settlement discussions following receipt of LIRR's expert medical report.

   Thank you for your consideration of this request.

                                                  Respectfully submitted,

                                                  *Christopher Pogan*
                                                  Christopher J. Pogan

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Wednesday, October 11, 2023 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Monday, December 11, 2023 at 10:00 a.m.** Parties must attend in-person with their counsel. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than December 4, 2023 by 5:00 p.m.

                                                  APPLICATION GRANTED
                                                  *Katharine H. Parker*
                                                  Hon. Katharine H. Parker, U.S.M.J.   10/06/2023