UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GODFREY STEWART,

                Plaintiff,

   - against -

LONG ISLAND RAILROAD COMPANY,

                Defendant.

23-cv-2181 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    On October 30, 2023, this Court directed the parties to file a Rule 26(f) report by November 3, 2023. ECF No. 22. To date, no such filing has been made. The time for the parties to file a Rule 26(f) report is **extended** to **November 20, 2023.**

SO ORDERED.

Dated:   New York, New York
           November 6, 2023

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                    United States District Judge