# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel: (516) 877-1234   Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ

Sean Constable, Esq.
Admitted in NY & MA

Offices throughout the Northeast
Toll Free: (866) 877-FELA

**MEMO ENDORSED**

November 20, 2023

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2023

RE: GODFREY STEWART V. LONG ISLAND RAILROAD COMPANY
     23 Civ. 2181 (JGK)(KHP)

Dear Magistrate Judge Parker:

  We represent plaintiff in the above-referenced matter and are writing with defense counsel's permission to respectfully request an adjournment of the December 11, 2023 settlement conference. I have travel plans which were just rescheduled making me unavailable for that day. I have spoken with defense counsel and we are available on the following dates:

  January 29, 2024 (I have a in-person conference before Magistrate Neyburn at 3:00 p.m.);
  February 13 or 16, 2024.

  If none of those dates are convenient for the Court, we can propose some additional dates.

  The parties thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Sean Constable*

Sean Constable

cc: Christopher Pogan, Esq.

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Tuesday, December 11, 2023 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Tuesday, February 13, 2024 at 2:00 p.m.</u> Parties must attend in-person with their counsel. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>February 6, 2024 by 5:00 p.m.</u>

APPLICATION GRANTED

*Katharine H. Parker* (signature)

Hon. Katharine H. Parker, U.S.M.J.

11/26/2023