Jamaica Station
Jamaica, NY 11435-4380
718 558-8264 Tel
718 558-8211 Fax

Catherine A. Rinaldi
President

Haley Stein
Vice President, General Counsel & Secretary

 **Long Island Rail Road**

January 16, 2024

Hon. Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: GODFREY STEWART V. LONG ISLAND RAILROAD COMPANY
    23 Civ. 2181 (JGK)(KHP)

Dear Judge Koeltl:

    I represent Defendant LIRR in the above-referenced matter and write on behalf of the parties to respectfully request an extension of time to submit the proposed Joint Pre Trial Order. As per the Court's Order dated November 22, 2023, the parties' Joint Pre Trial Order is due January 19, 2024. A settlement conference is scheduled before Judge Katherine Parker on February 13, 2024.

    The parties request that the deadline to file the proposed Joint Pre Trial Order is extended to February 16, 2024, following the settlement conference. This request is made because if the case is settled at the conference, it will obviate the need to file the Joint Pre Trial Order and save judicial resources.

    Based upon the foregoing, we respectfully request the Court grant an extension of time to file the Joint Pre Trial Order to February 16, 2024. This is the parties first request to extend this deadline.

    Thank you for your consideration of this request.

Respectfully submitted,

*Christopher Pogan*
Christopher J. Pogan

cc: Sean Constable, Esq.
via email/ECF

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
1/18/24
John G. Koeltl, U.S.D.J.