USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__02/07/2024__

Jamaica Station
Jamaica, NY 11435-4380
718 558-8264 Tel
718 558-8211 Fax

**Catherine A. Rinaldi**
President

**Haley Stein**
Vice President, General


## Long Island Rail Road

February 6, 2024

Hon. Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**

*Katharine H Parker*

**Hon. Katharine H. Parker, U.S.M.J.**

**02/07/2024**

RE:  GODFREY STEWART V. LONG ISLAND RAILROAD COMPANY
    23 Civ. 2181 (JGK)(KHP)

Dear Judge Parker:

    I represent Defendant LIRR in the above-referenced matter and write to respectfully request an extension of time to submit LIRR's ex parte settlement position letter to the Court.  As per the Court's Order dated November 27, 2023 the parties were to submit said letter via email along with the Settlement Conference Summary Report by 5:00 p.m. February 6, 2024. A settlement conference is scheduled before the Court on February 13, 2024.  LIRR requests until February 8, 2024 to submit these items to the Court in anticipation of next week's conference

    This request is made because I require additional time to submit my position after conferring with my principals at LIRR. I was delayed in doing so because I was recently engaged on trial in the Queens Supreme Court that settled during trial.

    Thank you for your consideration of this request.

                    Respectfully submitted,

                    *Christopher Pogan*
                    Christopher J. Pogan

cc:  Sean Constable, Esq.
via email/ECF