UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GODFREY STEWART,

                Plaintiff,

    - against -

LONG ISLAND RAILROAD COMPANY,

                Defendant.

---

23-cv-2181 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court has received the proposed joint pre-trial order, ECF No. 36, joint voir dire requests, ECF No. 33, and joint proposed verdict form, ECF No. 35, as well as the plaintiff's requests to charge, ECF No. 34. The time for the defendant to file any requests to charge is extended to **February 23, 2024**. The time for each party to respond to the other party's request to charge is extended to **March 1, 2024**.

SO ORDERED.

Dated:    New York, New York
           February 19, 2024

                                      John G. Koeltl
                                United States District Judge