```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

GODFREY STEWART,

                Plaintiff,

- against -

LONG ISLAND RAILROAD COMPANY,

                Defendant.

23-cv-2181 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a final pretrial conference on **April 23, 2024**, at **12:00 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

    Trial in this matter is set for **April 30, 2024**, at **9:00 a.m.**

SO ORDERED.

Dated:    New York, New York
            April 16, 2024

                                                  /s/ John G. Koeltl
                                                  John G. Koeltl
                                                United States District Judge